
FILED
SEP 21 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-35-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| NOAH ROGER WASHA, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Noah Roger Washa appeared before the Court on August 1, 2017, and entered a plea of guilty to Count II of the Indictment. He also admitted the forfeiture allegation. Washa's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2252A(a)(5)(B).

IT IS ORDERED:

THAT Washa's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 881(a)(11).

• a black Motorola Cellular device (destroyed serial number)

1

THAT the United States Marshals Service and the Department of Homeland Security are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 20th day of September, 2017.

Susan P. Watters
United States District Judge