# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-35-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| NOAH ROGER WASHA, | |
| Defendant. | |

Upon Defendant's Motion to File Documents Under Seal (Doc. 36), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Psychosexual Evaluation with Addendum and Polygraph Examination are filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 5th day of December, 2017.

SUSAN P. WATTERS
United States District Judge